UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FERNANDO FONSECA, JR.,<br>BRADLEY L. MERWINE,<br>WILLIE JAMES BROWN, : | |
| Plaintiffs : | CIVIL ACTION NO. 3:19-1427 |
| v. : | (JUDGE MANNION) |
| GENE BERDANIER, et al., : | |
| Defendants : | |

## ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendants' motion to dismiss Plaintiffs' action for Plaintiffs' failure to exhaust administrative remedies (Doc. 48) is **GRANTED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

**DATE: March 10, 2021**
19-1427-02-Order

1